## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-35332M |
| Joel Ramirez Palma | Citizenship: MEXICO |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about November 20, 2013, at or near Nogales, Arizona, in the District of Arizona, Joel RAMIREZ PALMA, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on August 10, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: That on or about November 20, 2013, at or near Nogales, Arizona, in the District of Arizona, Joel RAMIREZ PALMA, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

   Joel RAMIREZ PALMA is a citizen of Mexico. On August 10, 2012, Joel RAMIREZ PALMA was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On November 20, 2013, agents found Joel RAMIREZ PALMA in the United States at or near Nogales, Arizona. Joel RAMIREZ PALMA did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Joel RAMIREZ PALMA, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Joel RAMIREZ PALMA admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 20, 2013, at or near Nogales, Arizona.

File Date: 11/22/2013

at Tucson, Arizona

Eric Daugaard, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 11/22/2013

**Bernardo P. Velasco**
**United States Magistrate Judge**

FBI Number: 50194CC5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America                                              CASE: 13-35332M

vs.

Joel Ramirez Palma

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Joel Ramirez Palma, was represented by counsel, Grace Goodman (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 11/22/2013. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 11/20/2013 |

As pronounced on 11/22/2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED EIGHTY (180) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, November 22, 2013.

Bernardo P. Velasco
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 50194CC5

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 11/22/2013             Case Number: 13-35332M

USA vs.  **Joel Ramirez Palma**

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO       Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Wilbert (Buck) Rocker
INTERPRETER REQ'D: Juan Carlos Cordova, Spanish
Attorney for Defendant: Grace Goodman (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense    [X] Date of Arrest:    **11/20/2013**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **ONE HUNDRED EIGHTY (180) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Grace Goodman (CJA) is appointed as attorney of record for defendant.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Tiffany Dame | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:30 PM Stop: 2:09 PM | |